EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rubén Hernández Rosario | 2007 TSPR 126 <br><br> 171 DPR _____ |

Número del Caso: TS-2006

Fecha: 19 de junio de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rubén Hernández Rosario                    TS-2006

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de junio de 2007.

Examinada la Moción urgente en solicitud de reinstalación al ejercicio de la abogacía presentada por Rubén Hernández Rosario, se autoriza su reinstalación al ejercicio de la abogacía, efectivo inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo